**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01162-CMA-KMT

JAMES D. FOLEY, and
KAREN FOLEY,

    Plaintiffs,

v.

SYSTEMS & SERVICES TECHNOLOGIES, INC., and
EQUITY ONE, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the Stipulation of Dismissal with Prejudice As to Plaintiffs' Claims Against Defendant Systems & Services Technologies, Inc. (Doc. # 29) pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and being fully advised in the premises, hereby

ORDERS that Plaintiffs' claims against Defendant Systems & Services Technologies, Inc. are DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorney's fees and costs.

DATED:  November   30  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge