## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 09-cv-01162-CMA-KMT

JAMES D. FOLEY, and
KAREN FOLEY,

      Plaintiffs,

v.

SYSTEMS & SERVICES TECHNOLOGIES, INC., and
EQUITY ONE, INC.,

      Defendants.

## ORDER FOR DISMISSAL OF CASE

This matter is before the Court *sua sponte*. By minute order dated May 4, 2010, Plaintiffs were directed to call the Court no later than 4:30 p.m. on May 11, 2010, to reschedule a motions hearing which had been previously continued due to Plaintiffs' travels. Plaintiffs have failed to contact the Court to reset this hearing. Therefore, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to Plaintiffs James D. Foley and Karen Foley via U.S. Mail to:

> James D. Foley
> Karen Foley
> 1173 Buffalo Ridge Court
> Castle Rock, CO 80108

and via email to: jdavidfoley@hotmail.com.

DATED: May   12  , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge